# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

TERESA O'BRIEN,

           Petitioner

,

           Petitioner

      v.

JOSE A. DELA PENA A/K/A ALFREDO
DELA PENA A/K/A J. ALFREDO DELA
PENA AND COLUMBUS PROPERTY
MANAGEMENT AND DEVELOPMENT,
INC.,

           Respondent

: No. 200 EAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.